**RANDALL MAY INTERNATIONAL, INC., Plaintiff–Appellant,**

v.

**DEG MUSIC PRODUCTS, INC. and Dynasty USA, Defendants–Appellees.**

No. 2011–1320.

United States Court of Appeals, Federal Circuit.

May 25, 2011.

Dennis G. Martin, Blakely, Sokoloff, Taylor & Zafman, Los Angeles, CA, for Defendants–Appellees.

Peter R. Afrasiabi, One LLP, Newport Beach, CA, for Plaintiff–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).